IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| NATHANIEL DANTE RICE, | Case No. 1:22-cv-695 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| SHERIFF RICHARD K. JONES, et al., | |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 52)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 52), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. Defendants' Motion to Dismiss (Doc. 44) is **GRANTED;**

2. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** for want of prosecution, pursuant to Fed. R. Civ. P. 41(b) and Plaintiff's failure to comply with the Court's orders under Fed. R. Civ. P. 37(b)(2)(A); and

3. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that for the foregoing reasons an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND